NO. 07-10-0173-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
DECEMBER 14, 2010
--------------------------------------------------------------------------------

 
 ASHLEY A. GROOM, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE COUNTY COURT AT LAW NO. TWO OF LUBBOCK COUNTY;
 
 NO. 2007-448335; HONORABLE DRUE FARMER, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL, HANCOCK and PIRTLE, JJ.
 ON MOTION TO DISMISS
Appellant, Ashley A. Groom, filed Notice of Appeal to appeal a judgment of conviction for the offense of reckless driving and sentence of 30 days incarceration in the Lubbock County Jail entered against her in cause number 2007-448335 in County Court at Law, No. Two, of Lubbock County, Texas. However, appellant has now filed a motion to dismiss her appeal.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue.

 Mackey K. Hancock
 Justice
 
Do not publish.